COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS | § | |
| SYSTEM OPERATING AS THE | | No. 08-15-00004-CV |
| UNIVERSITY OF TEXAS AT EL PASO, | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 210th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| KENNETH PALOMINO, | § | |
| | | (TC# 2013DCV3710) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's plea to the jurisdiction on Appellee's integral safety component claim. We therefore reverse the trial court's order denying Appellant's plea to the jurisdiction on Appellee's integral safety component claim and dismiss all of Appellee's claims for lack of jurisdiction.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.